UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL GLYNN YOUNG,

    Plaintiff,

v.    CASE NO: 3:20-cv-00363

BERNHARD MCC, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

- Bernhard MCC, LLC did not terminate Michael Young in retaliation for his opposition to alleged unlawful activity in violation of Title VII of the Civil Rights Act of 1964.

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(b)(1)(A) IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON SEPTEMBER 28, 2022, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT BERNHARD MCC, LLC.**

    LYNDA HILL, CLERK

    BY: *Sharon L. Wilcox*
        Deputy Clerk